# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0313

VERSUS

KYLE JAMAR HARRY                                    **JULY 18, 2022**

---

In Re:    Kyle Jamar Harry, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 06-
          CR9-94605.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

                        **GH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*9.S\_\_\_*
_____
DEPUTY CLERK OF COURT
    FOR THE COURT